**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**FLORA DUKES, et al.**                                                                          **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.:  4:18-CV-63-SA-JMV**

**QUALITY MENTAL HEALTH, INC. f/k/a**
**LIFE HELP, INC., BEACON HARBOR, INC.,**
**BEACON HARBOR II, INC., & H.L. HODGES**                              **DEFENDANTS**

<u>**ORDER**</u>

The Parties have announced to the Court an agreement to extend Defendants' deadlines to file answers or other responsive pleadings to the Class Action Complaint, and the Parties have requested approval of this agreement.  Having considered the request, the request is hereby **GRANTED**, and it is **ORDERED** that Defendants have until on or before July 16, 2018, by which to file answers or other responsive pleadings to the Class Action Complaint.

**SO ORDERED**, this the 20th day of June, 2018.


_____**/s/ Jane M. Virden**_____
**UNITED STATES MAGISTRATE JUDGE**