IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FLORA DUKES                                                    PLAINTIFF

VS.                                   CIVIL ACTION NO.:  4:18-CV-063-SA-JMV

QUALITY MENTAL HEALTH, INC. f/k/a
LIFE HELP, INC., BEACON HARBOR, INC.,
BEACON HARBOR II, INC., & H.L. HODGES              DEFENDANTS

ORDER VACATING CLERK'S ENTRY OF DEFAULT AND
DISMISSING THE COMPLAINT AS TO DEFENDANT H. L. HODGES ONLY, WITH
PREJUDICE

THIS matter is before the Court upon the Joint Motion of the Plaintiff and all Defendants

who have appeared in this action seeking Vacation of the Clerk's Entry of Default entered against

Defendant H. L. Hodges on August 27, 2018 [Doc. 25] and Dismissal of the Complaint as to

Defendant H. L. Hodges only, with Prejudice, [Doc. 27] and the Court being advised in the

premises that the parties have agreed to this relief on the basis that Mr. Hodges died prior to the

filing of suit, and finding that the agreement of the parties should be made a Consent Order of this

Court, does hereby order that the Clerk's Entry of Default against H. L. Hodges of August 27,

2018 [Doc. 25] is hereby vacated and the Complaint is dismissed with prejudice as to Defendant

H. L. Hodges, only.  In all other respects, the Complaint shall remain pending.

ORDERED and ADJUDGED, this the 26th day of October, 2018.


 /s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE

Approved:


*/s/ Casey Langston Lott*_____
CASEY LANGSTON LOTT, ESQ.


*/s/ Glen J. Dunn*_____
GLEN J. DUNN, ESQ.


*/s/ Jeffrey Grant Brown*_____
JEFFREY GRANT BROWN, ESQ.


*/s/ Martin Joseph Regimbal*_____
MARTIN JOSEPH REGIMBAL, ESQ.