# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**FLORA DUKES, et al.**                                                                **PLAINTIFFS**

**v.**                                       **CIVIL NO. 4:18-CV-063-JMV**

**QUALITY MENTAL HEALTH, INC., f/k/a IFE HELP, INC., BEACON HARBOR, INC., BEACON HARBOR II, INC., & REGION VI COMMUNITY MENTAL HEALTH COMMISSION D/B/A LIFE HELP**

                                                                               **DEFENDANTS**

## ORDER GRANTING JOINT MOTION
## TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT

Having reviewed the Parties' Joint Motion to Seal Confidential Settlement Agreement, and seeing that sealing the Confidential Settlement Agreement would preserve the material term of confidentiality negotiated by the Parties, and seeing no prejudice to any party by allowing the Confidential Settlement Agreement to be sealed, it is hereby:

ORDERED that the Parties' request is GRANTED.

Dated this the 21st day of June, 2019.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**